

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER TO REINSTATE

Appellate case name:      Wilmer Tremble v. Plus4 Credit Union

Appellate case number:    01-11-00302-CV

Trial court case number:  56564

Trial court:             149th District Court of Brazoria County

On September 27, 2012, a supplemental record was filed containing the trial court's final judgment. We order the appeal reinstated.

The filing fee is due. *See* TEX. R. APP. P. 5; *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals); lst Tex. App. (Houston) Loc. R. 4 (governing electronic tiling).

Appellant must pay the filing fee **within 10** days of the date of this order or the appeal is subject to dismissal without further notice. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3 (allowing involuntary dismissal).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                    Acting individually

Date: October 11, 2012